A CERTIFIED TRUE COPY
ATTEST
By Dana Stewart on Jan 20, 2010
FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED BY

JAN 20 2010

Thomas M. Gould, Clerk
U. S. District Court

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jan 05, 2010

FILED
CLERK'S OFFICE

IN RE: REGIONS MORGAN KEEGAN SECURITIES,
DERIVATIVE AND EMPLOYEE RETIREMENT
INCOME SECURITY ACT (ERISA) LITIGATION

William A. Strong, et al. v. Morgan Asset Mangement,
   Inc., et al., E.D. Arkansas, C.A. No. 4:09-905
~~Purdue Avenue Investors LP, et al. v. Morgan Keegan & Co.,~~
   ~~Inc., et al., N.D. Texas, C.A. No. 3:09-2255~~
Opposed 1/20/10

MDL No. 2009

## CONDITIONAL TRANSFER ORDER (CTO-12)

On February 12, 2009, the Panel transferred two civil actions to the United States District Court for the Western District of Tennessee for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 598 F.Supp.2d 1379 (J.P.M.L. 2009). Since that time, seven additional actions have been transferred to the Western District of Tennessee. With the consent of that court, all such actions have been assigned to the Honorable Samuel H. Mays, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Tennessee and assigned to Judge Mays.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Western District of Tennessee for the reasons stated in the order of February 12, 2009, and, with the consent of that court, assigned to the Honorable Samuel H. Mays, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Tennessee. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 20, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION