**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

David G. Trager
United States District Court
Eastern District of New York

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888
http://www.jpml.uscourts.gov

January 20, 2010

Thomas M. Gould, Clerk
242 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103

Re:  MDL No. 2009 --  IN RE: Regions Morgan Keegan Securities, Derivative and Employee Retirement
Income Security Act (ERISA) Litigation

(See Attached CTO-12)

Dear Mr. Gould:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on January 5, 2010. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer. The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By *Dana L. Stewart*
Dana L. Stewart
Deputy Clerk

FILED BY
JAN 20 2010
Thomas M. Gould, Clerk
U.S. District Court
W. D. OF TN, Memphis

Attachments (Conditional Transfer Order is a Separate Document)

cc:  Transferee Judge:  Judge Samuel H. Mays, Jr.

JPML Form 36A

IN RE: REGIONS MORGAN KEEGAN SECURITIES,
DERIVATIVE AND EMPLOYEE RETIREMENT
INCOME SECURITY ACT (ERISA) LITIGATION

MDL No. 2009

## PANEL SERVICE LIST (CTO-12)

Scott T. Beall
LAW OFFICES OF SCOTT T BEALL
6800 Poplar Avenue, Suite 215
Memphis, TN 38138

Andrew L. Berke
BERKE BERKE & BERKE
420 Frazier Avenue
P.O. Box 4747
Chattanooga, TN 37405

Jerome A. Broadhurst
APPERSON CRUMP & MAXWELL PLC
6000 Poplar Avenue, Suite 400
Memphis, TN 38119-3972

Peter H. Burke
BURKE HARVEY & FRANKOWSKI LLC
One Highland Place
2151 Highland Avenue, Suite 120
Birmingham, AL 35205

John J. Carey
CAREY & DANIS LLC
8235 Forsyth Boulevard, Suite 1100
Clayton, MO 63105

Mark P. Chalos
LIEFF CABRASER HEIMANN
  & BERNSTEIN LLP
One Nashville Place
150 Fourth Avenue North
Suite 1650
Nashville, TN 37219-2417

Matthew M. Curley
BASS BERRY & SIMS PLC
315 Deaderick Street
Suite 2700
Nashville, TN 37238

Ellen M. Doyle
STEMBER FEINSTEIN DOYLE
  & PAYNE LLC
429 Forbes Avenue, 17th Floor
Pittsburgh, PA 15219

Timothy A. Duffy
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654

H. Naill Falls, Jr.
FALLS & VEACH PLC
1143 Sewanee Road
Nashville, TN 37220

J. Timothy Francis
JAMES L NORTH & ASSOCIATES
300 North Richard Arrington, Jr. Boulevard,
North
Title Building, Suite 700
Birmingham, AL 35203

Peter S. Fruin
MAYNARD COOPER & GALE PC
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203-2602

Albert C. Harvey
THOMASON HENDRIX HARVEY
JOHNSON & MITCHELL
40 South Main Street, Suite 2900
Memphis, TN 38103

Richard M. Heimann
LIEFF CABRASER HEIMANN
  & BERNSTEIN LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

**MDL No. 2009 - Panel Service List (CTO-12) (Continued)**

Kenneth C. Johnston
KANE RUSSELL COLEMAN & LOGAN
3700 Thanksgivings Tower
1601 Elm Street
Dallas, TX 75201

Emily C. Komlossy
FARUQI & FARUQI LLP
3595 Sheridan Street, Suite 206
Hollywood, FL 33021

Richard A. Lockridge
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401

Derek W. Loeser
KELLER ROHRBACK LLP
1201 3rd Avenue, Suite 3200
Seattle, WA 98101

Jeffrey B. Maletta
K&L GATES LLP
1601 K Street, NW
Washington, DC 20006-1600

John Peyton Perkins, III
SHULTS LAW FIRM LLP
200 West Capitol Avenue
Suite 1600
Little Rock, AR 72201-3637

Randall K. Pulliam
CAULEY BOWMAN CARNEY
  & WILLIAMS LLP
11311 Arcade Drive, Suite 200
Little Rock, AR 72212-5438

Dewun R. Settle
Chancery Court Clerk and Master
140 Adams Avenue, Suite 308
Memphis, TN 38103

Braden W. Sparks
LAW OFFICE OF BRADEN W SPARKS
800 Preston Commons West
8117 Preston Road
Dallas, TX 75225

James G. Stranch, III
BRANSTETTER STRANCH
  & JENNINGS PLLC
227 Second Avenue North
4th Floor
Nashville, TN 37201-1631

Dale H. Tuttle
GLASSMAN EDWARDS WADE
  & WYATT PC
26 North Second Street
Memphis, TN 38103

John B. Veach, III
FALLS & VEACH PLC
20 Cedarcliff Road
Asheville, NC 28803

B.J. Wade
GLASSMAN EDWARDS WADE
  & WYATT PC
26 North Second Street
Memphis, TN 38103

Frank L. Watson, III
WATSON BURNS LLC
11 South Idlewild Street
Memphis, TN 38104

Martin W. Zummach
SPARKMAN ZUMMACH PC
P.O. Box 266
Southaven, MS 38671-0266